**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| DOMMINIC CANZONERI, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COACHLIGHT COMMUNITIES, LLC,<br><br>Defendant. | Case No. 1:26-cv-00184-BBC |

## PLAINTIFF'S REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, Domminic Canzoneri ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant COACHLIGHT COMMUNITIES, LLC, on the ground that said Defendant has failed to appear or otherwise respond to Plaintiff's Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served his Complaint and Summons in this matter on Defendant's registered Agent, Christopher F. Kappl, on March 18, 2026, as evidenced by the proof of service of Summons and Complaint filed with this Court [Doc. 3].

The above-stated facts are set forth in the accompanying Declaration of Jayson A. Watkins filed herewith. EXECUTED this 23rd day of April, 2026, at Agency, MO.

By: /s/ *Jayson A. Watkins*
Jayson A. Watkins MO 61434
**SIRI & GLIMSTAD LLP**
2300 Main Street, Suite 900 #16946775
Kansas City, MO 64108
Direct: 816-281-7162
Email: jwatkins@sirillp.com

*Attorney for Plaintiff, Domminic Canzoneri*