## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DOMMINIC CANZONERI, individually and on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>COACHLIGHT COMMUNITIES, LLC,<br><br>          Defendant. | Case No. 1:26-cv-00184-BBC |

## DEFAULT BY CLERK
## Fed. R. Civ. P. 55(a)

It appearing from the records in the above-entitled action that summons has been served upon the defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by Fed. R. Civ. P. 55(a), that the below defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following named defendant is hereby entered:

Coachlight Communites, LLC

_____
Date

By_____
Deputy Clerk