# United States District Court
### EASTERN DISTRICT OF WISCONSIN

DOMMINIC CANZONERI,

      **Plaintiff,**

     **v.**

COACHLIGHT COMMUNITIES LLC,

      **Defendant.**

**DEFAULT JUDGMENT
IN A CIVIL CASE**

**Case No. 26-CV-184**

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered against Coachlight Communities, LLC, in the total amount of $14,816.44, comprised of $4,000 in statutory damages, $1,000 in punitive damages, and $9,816.44 in attorney's fees and costs.

      Approved:  s/ Byron B. Conway
           BYRON B. CONWAY
           United States District Judge

Dated:  June 9, 2026

           LINDA M. KLEMM
           CLERK OF COURT

           s/ Kyle W. Frederickson
           (By) Deputy Clerk